**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dale Herbert Lundmark                   CHAPTER 13
       Kathryn Mae Lundmark
                 Debtor(s)                        BKY. NO. 22-10072 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Reliance First Capital, LLC and index same on the master mailing list.

                                 Respectfully submitted,

                                 /s/ Brian C. Nicholas
                                 Brian Nicholas
                                 17 Feb 2022, 16:15:36, EST

                                 Brian C. Nicholas, Esq. (317240) ☑
                                 Denise Carlon, Esq. (317226) ☐
                                 Rebecca A. Solarz, Esq. (315936) ☐
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106
                                 412-430-3594
                                 bkgroup@kmllawgroup.com