# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10072-TPA |
| | : | |
| Dale Herbert Lundmark and | : | |
| Kathryn mae Lundmark, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

DALE:

December 24, 2021

January 7, 2022

January 21, 2022

February 4, 2022

KATHRYN:

NONE

Next Payment Advice Expected (post-filing):

DALE:

February 18, 2022

KATHRYN:
NONE

K.D.                    LUNDMARK, DALE & KATHRYN



Advance Stores Company Inc (500)   5008 Airport Road Roanoke, VA 24012   +1 (800) 3804681
Dale Lundmark   10609 Market Street Russell, PA 16345

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dale Lundmark | Advance Stores Company Inc (500) | 000656343 | 12/05/2021 | 12/18/2021 | 12/24/2021 | |

| | Hours Worked | Gross Pay | Pre tax Deductions | Employee Taxes | Post tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | 43.43 | 396.73 | 0.00 | 68.74 | 0.00 | 327.99 |
| YTD | 1,138.75 | 10,377.18 | 0.00 | 1,754.42 | 0.00 | 8,622.76 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay | 12/05/2021 - 12/18/2021 | 43.43 | 9.135 | 396.73 | 1138.75 | 10,376.28 | OASDI | 24.60 | 643.39 |
| SPIF Earnings | | | 0 | | 0 | 0.90 | Medicare | 5.75 | 150.47 |
| | | | | | | | Federal Withholding | 20.00 | 480.00 |
| | | | | | | | State Tax - PA | 12.18 | 318.58 |
| | | | | | | | SUI-Team Member Paid - PA | 0.24 | 6.23 |
| | | | | | | | City Tax - WAREN | 3.97 | 103.75 |
| | | | | | | | PA LST - WAREN | 2.00 | 52.00 |
| Earnings | | | | 396.73 | | 10,377.18 | Employee Taxes | 68.74 | 1,754.42 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 396.73 | 10,377.18 |
| Medicare - Taxable Wages | 396.73 | 10,377.18 |
| Federal Withholding - Taxable Wages | 396.73 | 10,377.18 |
| State Tax Taxable Wages - PA | 396.73 | 10,377.18 |
| City Tax Taxable Wages - WAREN | 396.73 | 10,377.18 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | Description | Accrued | Reduced | Available |
| | | | USA PT Vacation Time Off Plan | 0 | 0 | 0 |
| Allowances | 0 | 0 | USA Paid Time Off | 0 | 0 | 0 |
| Additional Withholding | 20 | 0 | Vacation USA | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Centra Federal Credit Union | centra | ******8008 | | 327.99  USD |



Advance Stores Company Inc (500)   5008 Airport Road Roanoke, VA 24012   +1 (800) 3804681
Dale Lundmark   10609 Market Street Russell, PA 16345

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dale Lundmark | Advance Stores Company Inc (500) | 000656343 | 12/19/2021 | 01/01/2022 | 01/07/2022 | |

| | Hours Worked | Gross Pay | Pre tax Deductions | Employee Taxes | Post tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | 44.65 | 407.88 | 0.00 | 70.04 | 0.00 | 337.84 |
| YTD | 44.65 | 407.88 | 0.00 | 70.04 | 0.00 | 337.84 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 12/19/2021 - 01/01/2022 | 44.65 | 9.135 | 407.88 | 44.65 | 407.88 |
| Earnings | | | | 407.88 | | 407.88 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 25.29 | 25.29 |
| Medicare | 5.91 | 5.91 |
| Federal Withholding | 20.00 | 20.00 |
| State Tax - PA | 12.52 | 12.52 |
| SUI-Team Member Paid - PA | 0.24 | 0.24 |
| City Tax - WAREN | 4.08 | 4.08 |
| PA LST - WAREN | 2.00 | 2.00 |
| Employee Taxes | 70.04 | 70.04 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 407.88 | 407.88 |
| Medicare - Taxable Wages | 407.88 | 407.88 |
| Federal Withholding - Taxable Wages | 407.88 | 407.88 |
| State Tax Taxable Wages - PA | 407.88 | 407.88 |
| City Tax Taxable Wages - WAREN | 407.88 | 407.88 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 20 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA PT Vacation Time Off Plan | 0 | 0 | 0 |
| USA Paid Time Off | 0 | 0 | 0 |
| Vacation USA | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Centra Federal Credit Union | centra | ******8008 | | 337.84 | USD |



Advance Stores Company Inc (500)   5008 Airport Road Roanoke, VA 24012   +1 (800) 3804681
Dale Lundmark   10609 Market Street Russell, PA 16345

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dale Lundmark | Advance Stores Company Inc (500) | 000656343 | 01/02/2022 | 01/15/2022 | 01/21/2022 | |

| | Hours Worked | Gross Pay | Pre tax Deductions | Employee Taxes | Post tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.92 | 378.51 | 0.00 | 66.60 | 0.00 | 311.91 |
| YTD | 85.57 | 786.39 | 0.00 | 136.64 | 0.00 | 649.75 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular Pay | 01/02/2022 - 01/15/2022 | 40.92 | 9.25 | 378.51 | 85.57 | 786.39 | OASDI | 23.47 | 48.76 |
| | | | | | | | Medicare | 5.49 | 11.40 |
| | | | | | | | Federal Withholding | 20.00 | 40.00 |
| | | | | | | | State Tax - PA | 11.62 | 24.14 |
| | | | | | | | SUI-Team Member Paid - PA | 0.23 | 0.47 |
| | | | | | | | City Tax - WAREN | 3.79 | 7.87 |
| | | | | | | | PA LST - WAREN | 2.00 | 4.00 |
| Earnings | | | | 378.51 | | 786.39 | Employee Taxes | 66.60 | 136.64 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 378.51 | 786.39 |
| Medicare - Taxable Wages | 378.51 | 786.39 |
| Federal Withholding - Taxable Wages | 378.51 | 786.39 |
| State Tax Taxable Wages - PA | 378.51 | 786.39 |
| City Tax Taxable Wages - WAREN | 378.51 | 786.39 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married filing jointly (or Qualifying widow(er)) | | USA PT Vacation Time Off Plan | 0 | 0 | 0 |
| Allowances | 0 | 0 | USA Paid Time Off | 0 | 0 | 0 |
| Additional Withholding | 20 | 0 | Vacation USA | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Centra Federal Credit Union | centra | ******8008 | | 311.91 | USD |



Advance Stores Company Inc (500)   5008 Airport Road Roanoke, VA 24012   +1 (800) 3804681
Dale Lundmark   10609 Market Street Russell, PA 16345

| Name | Company | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dale Lundmark | Advance Stores Company Inc (500) | 000656343 | 01/16/2022 | 01/29/2022 | 02/04/2022 | |

| | Hours Worked | Gross Pay | Pre tax Deductions | Employee Taxes | Post tax Deduction | Net Pay |
|---|---|---|---|---|---|---|
| Current | 13.54 | 125.24 | 0.00 | 36.75 | 0.00 | 88.49 |
| YTD | 99.11 | 911.63 | 0.00 | 173.39 | 0.00 | 738.24 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | 01/16/2022 - 01/29/2022 | 13.54 | 9.25 | 125.24 | 99.11 | 911.63 |
| Earnings | | | | 125.24 | | 911.63 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 7.76 | 56.52 |
| Medicare | 1.82 | 13.22 |
| Federal Withholding | 20.00 | 60.00 |
| State Tax - PA | 3.84 | 27.98 |
| SUI-Team Member Paid - PA | 0.08 | 0.55 |
| City Tax - WAREN | 1.25 | 9.12 |
| PA LST - WAREN | 2.00 | 6.00 |
| Employee Taxes | 36.75 | 173.39 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 125.24 | 911.63 |
| Medicare - Taxable Wages | 125.24 | 911.63 |
| Federal Withholding - Taxable Wages | 125.24 | 911.63 |
| State Tax Taxable Wages - PA | 125.24 | 911.63 |
| City Tax Taxable Wages - WAREN | 125.24 | 911.63 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 20 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA PT Vacation Time Off Plan | 0 | 0 | 0 |
| USA Paid Time Off | 0 | 0 | 0 |
| Vacation USA | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Centra Federal Credit Union | centra | ******8008 | | 88.49 | USD |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10072-TPA |
| | : | |
| Dale Herbert Lundmark and | : | |
| Kathryn Mae Lundmark, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Dale Herbert Lundmark, | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Dale Herbert Lundmark, hereby state as follows:

1.) I am employed by Advance Auto Parts where I bring home an average of $577.55 per month.
2.) I receive Social Security in the amount of $1,678.00 per month.
3.) I also receive a pension in the amount of $242.00 per month.
4.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: February 22, 2022          /s/ Dale Herbert Lundmark
                                 Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10072-TPA |
| | : | |
| Dale Herbert Lundmark and | : | |
| Kathryn Mae Lundmark, | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| Kathryn Mae Lundmark, | : | |
| Movant | : | |

### VERIFICATION REGARDING PROOF OF INCOME

I, Kathryn Mae Lundmark, hereby state as follows:

1.) I am unemployed therefore I am unable to provide the prior (6) six months pay advices.
2.) I receive Social Security in the amount of $880.00 per month.
3.) I was required to file 2019 - 2020 tax returns; therefore I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>February 22, 2022</u>                    <u>/s/ Kathryn Mae Lundmark</u>
                                                  Debtor