**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DALE HERBERT LUNDMARK<br>KATHRYN MAE LUNDMARK | Case No. 22-10072CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>RELIANCE FIRST CAPITAL LLC | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to TRUIST BANK. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

| | |
|---|---|
| RELIANCE FIRST CAPITAL LLC<br>1 CORPORATE DR STE 360<br>LAKE ZURICH, IL 60047 | Court claim# 5/Trustee CID# 13 |

The Movant further certifies that on 01/23/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DALE HERBERT LUNDMARK, KATHRYN MAE LUNDMARK, 10609 MARKET STREET, RUSSELL, PA  16345 | DEBTOR'S COUNSEL:<br>DANIEL P FOSTER ESQ**, FOSTER LAW OFFICES, 1210 PARK AVE, MEADVILLE, PA 16335 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | ORIGINAL CREDITOR:<br>RELIANCE FIRST CAPITAL LLC, 1 CORPORATE DR STE 360, LAKE ZURICH, I 60047 |
| :<br>TRUIST, ATTN LOCKBOX #580048, 5130 PARKWAY PLAZA BLVD, CHARLOTTE, NC 28217-1954 | |
| NEW CREDITOR:<br>TRUIST BANK<br>ATTN LOCKBOX 580223<br>5130 PARKWAY PLAZA BLVD<br>CHARLOTTE NC 28217-1954 | |