M&T BANK
475 Crosspoint Pkwy,
Getzville, NY 14068

UNITED STATES
BANKRUPTCY COURT
FOR THE 22-10072
Western District Pennsylvania
(Erie)

**NOTICE OF WITHDRAWAL**

In re: KATHRYN M LUNDMARK

CHAPTER 13
CASE NUMBER: 22-10072
TO: Clerk of the Court


Please withdraw claim number 4-2 in the amount of $2528.12 on behalf of Manufacturers and Traders Trust Company.


DATE: 06/16/2022


Manufacturers and Traders Trust Company

/s/  <Sarah Sepulveda Rios>