Certificate Number: 03088-PAW-DE-039512586

Bankruptcy Case Number: 22-10072



03088-PAW-DE-039512586

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2025, at 5:51 o'clock PM CDT, Dale H Lundmark completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 2, 2025        By:  /s/Doug Tonne

Name:  Doug Tonne

Title:  Counselor