Certificate Number: 03088-PAW-DE-039512587

Bankruptcy Case Number: 22-10072



03088-PAW-DE-039512587

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 2, 2025</u>, at <u>5:51</u> o'clock <u>PM CDT</u>, <u>Kathryn M Lundmark</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>April 2, 2025</u>

By:   <u>/s/Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>