**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **DALE HERBERT LUNDMARK** |
| Debtor 2 (Spouse, if filing) | **KATHRYN MAE LUNDMARK** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **22-10072JCM** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** RELIANCE FIRST CAPITAL LLC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 5 0

**Property Address:** 10609 MARKET ST
RUSSELL PA 16345

## Part 2: Cure Amount

**Total cure disbursments made by the trustee:** | | Amount
---|---|---
a. Allowed prepetition arrearage: | (a) $ | 641.93
b. Prepetition arrearage paid by the trustee: | (b) $ | 641.93
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00
e. Allowed postpetition arrearage: | (e) $ | 0.00
f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00
g. **Total.** Add lines b, d, and f. | (g) $ | 641.93

## Part 3: Postpetition Mortgage Payment

*Check one*

    Mortgage is paid through the trustee.
    Current monthly mortgage payment    $    $654.21
    The next postpetition payment is due on    4 / 1 / 2025    MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **DALE HERBERT LUNDMARK** | Case number *(if known)* | **22-10072JCM** |
|---|---|---|---|
| | Name | | |

**Part 4:   A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour           Date  04/28/2025
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566     Email  cmecf@chapter13trusteewdpa.com |

| Debtor 1 | **DALE HERBERT LUNDMARK** | Case number *(if known)* | **22-10072JCM** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/25/2024 | 1314436 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 641.93 |
| | | | | 641.93 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 04/26/2022 | 1232257 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 1,321.01 |
| 05/25/2022 | 1235297 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 686.23 |
| 06/27/2022 | 1238317 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 686.23 |
| 07/26/2022 | 1241256 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 686.23 |
| 08/24/2022 | 1244141 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 686.23 |
| 09/27/2022 | 1247024 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 686.23 |
| 10/25/2022 | 1249823 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 672.09 |
| 11/23/2022 | 1252614 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 672.10 |
| 12/22/2022 | 1255354 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 672.09 |
| 01/17/2023 | 1252614 | RELIANCE FIRST CAPITAL LLC | CANCELLED CHECK TO CREDITOR/CONT | -672.10 |
| 10/25/2024 | 1314436 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 15,015.01 |
| 11/25/2024 | 1317002 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 654.21 |
| 12/23/2024 | 1319386 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 654.21 |
| 01/28/2025 | 1321892 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 1,068.93 |
| 02/25/2025 | 1324304 | RELIANCE FIRST CAPITAL LLC | AMOUNTS DISBURSED TO CREDITOR | 239.49 |
| | | | | 23,728.19 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DALE HERBERT LUNDMARK
KATHRYN MAE LUNDMARK
10609 MARKET STREET
RUSSELL, PA  16345

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

RELIANCE FIRST CAPITAL LLC
1 CORPORATE DR STE 360
LAKE ZURICH, IL  60047

TRUIST
ATTN LOCKBOX #580048
5130 PARKWAY PLAZA BLVD
CHARLOTTE, NC  28217-1954

BROCK & SCOTT PLLC*
3825 FORRESTGATE DR
WINSTON SALEM, NC  27103


4/28/25

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee