Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Dale Herbert Lundmark** : | Case No. 22−10072−JCM |
| **Kathryn Mae Lundmark** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 41 |
| v. : | |
| **No Respondents** : | Hearing Date: 7/1/25 at 02:00 PM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this ***The 28th of April, 2025***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 41 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) ***On or before June 12, 2025***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***July 1, 2025 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-10072-JCM

Dale Herbert Lundmark  Chapter 13

Kathryn Mae Lundmark

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3

Date Rcvd: Apr 28, 2025      Form ID: 300b      Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Herbert Lundmark, Kathryn Mae Lundmark, 10609 Market Street, Russell, PA 16345-4239 |
| 15453966 | + | Dovenmuehle/Reliance Financing, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 15453967 | + | Fedloan, Attn: Bankruptcy, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15453976 | + | Southern Chautauqua FCU, 310 Fairmont Ave, Jamestown, NY 14701-2846 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2025 01:57:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15453948 | | Email/Text: ebn@21stmortgage.com | Apr 29 2025 01:42:00 | 21st Mortgage Corporation, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 15453949 | | Email/Text: bankruptcy@bbandt.com | Apr 29 2025 01:41:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15453956 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 29 2025 01:40:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15453963 | | Email/Text: CantonRecoveryGroup@cbna.com | Apr 29 2025 01:41:00 | Community Bank Na, Attn: Bankruptcy Dept, Po Box 509, Canton, NY 13617 |
| 15453950 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 01:55:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15453951 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:57:38 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15453952 | + | Email/Text: Bankruptcy@centra.org | Apr 29 2025 01:42:00 | Centra Credit Union, P.O. Box 789, Columbus, IN 47202-0789 |
| 15453953 | + | Email/Text: Bankruptcy@centra.org | Apr 29 2025 01:42:00 | Centra Credit Union, 1430 National Bk, Columbus, IN 47201-5577 |
| 15453954 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:57:02 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15453955 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2025 01:57:03 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15453957 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453958 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453960 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

| | | | |
|---|---|---|---|
| District/off: 0315-1 | User: auto | | Page 2 of 3 |
| Date Rcvd: Apr 28, 2025 | Form ID: 300b | | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15453961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453959 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Bank/ctpr&bks, Po Box 182789, Columbus, OH 43218-2789 |
| 15453962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 29 2025 01:41:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182120, Columbus, OH 43218-2120 |
| 15453964 | + | Email/Text: bankruptcy@td.com | Apr 29 2025 01:42:00 | Cub Cadet, Attn: Bankruptcy, 70 Gray Rd, Falmouth, ME 04105-2019 |
| 15463090 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Apr 29 2025 01:41:00 | Reliance First Capital, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15453965 | + | Email/Text: mrdiscen@discover.com | Apr 29 2025 01:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15453968 | | Email/Text: FSBBankruptcy@fiiwarsaw.com | Apr 29 2025 01:40:00 | Five Star Bank, 220 Liberty Street, Po Box 227, Warsaw, NY 14569 |
| 15453969 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 29 2025 01:42:00 | Key Bank, Oh-01-51-0622, 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 15456197 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 29 2025 01:42:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15453970 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2025 01:43:59 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15468893 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2025 01:44:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15453971 | | Email/Text: camanagement@mtb.com | Apr 29 2025 01:41:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15461788 | + | Email/Text: camanagement@mtb.com | Apr 29 2025 01:41:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15453972 | + | Email/Text: angela.abreu@northwest.com | Apr 29 2025 01:40:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15453973 | + | Email/PDF: cbp@omf.com | Apr 29 2025 01:56:15 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15453974 | ^ | MEBN | Apr 29 2025 01:34:38 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 15453975 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 29 2025 02:10:11 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15453977 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:44:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15454335 | ^ | MEBN | Apr 29 2025 01:35:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15453978 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:20 | Synchrony Bank/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15453979 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:44:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15453980 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:57:42 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15453981 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:56:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15453982 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 02:10:11 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15453983 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15453984 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 29 2025 01:43:34 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15469705 | + | Email/Text: tdebn@credbankserv.com | Apr 29 2025 01:41:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15453985 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 29 2025 01:41:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15453986 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 29 2025 01:57:55 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RELIANCE FIRST CAPITAL, LLC |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Dale Herbert Lundmark dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Kathryn Mae Lundmark dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6