**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dale Herbert Lundmark<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8251<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kathryn Mae Lundmark<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9788<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–10072–JCM

## Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dale Herbert Lundmark                                Kathryn Mae Lundmark

<u>6/16/25</u>                                        **By the court:** <u>John C Melaragno</u>
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10072-JCM |
| Dale Herbert Lundmark | Chapter 13 |
| Kathryn Mae Lundmark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dale Herbert Lundmark, Kathryn Mae Lundmark, 10609 Market Street, Russell, PA 16345-4239 |
| 15453966 | + | Dovenmuehle/Reliance Financing, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 15453967 | + | Fedloan, Attn: Bankruptcy, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 15453976 | + | Southern Chautauqua FCU, 310 Fairmont Ave, Jamestown, NY 14701-2846 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 17 2025 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 17 2025 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jun 17 2025 03:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15453948 | | Email/Text: ebn@21stmortgage.com | Jun 17 2025 00:10:00 | 21st Mortgage Corporation, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 15453949 | | Email/Text: bankruptcy@bbandt.com | Jun 17 2025 00:10:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 15453956 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 17 2025 00:09:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15453963 | | Email/Text: CantonRecoveryGroup@cbna.com | Jun 17 2025 00:10:00 | Community Bank Na, Attn: Bankruptcy Dept, Po Box 509, Canton, NY 13617 |
| 15453950 | + | EDI: CAPITALONE.COM | Jun 17 2025 03:57:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15453951 | + | EDI: CITICORP | Jun 17 2025 03:57:00 | Cbna, Attn: Centralized BankruptcyDept, Po Box 790034, St Louis, MO 63179-0034 |
| 15453952 | + | Email/Text: Bankruptcy@centra.org | Jun 17 2025 00:11:00 | Centra Credit Union, P.O. Box 789, Columbus, IN 47202-0789 |
| 15453953 | + | Email/Text: Bankruptcy@centra.org | Jun 17 2025 00:11:00 | Centra Credit Union, 1430 National Bk, Columbus, IN 47201-5577 |
| 15453954 | + | EDI: CITICORP | Jun 17 2025 03:57:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15453955 | + | EDI: CITICORP | Jun 17 2025 03:57:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

Case 22-10072-JCM   Doc 49   Filed 06/18/25   Entered 06/19/25 00:35:50   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 49 |

| | | | |
| --- | --- | --- | --- |
| 15453957 | + EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Bank/Blair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453958 | + EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453960 | + EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Bank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453961 | + EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15453959 | + EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Bank/ctpr&bks, Po Box 182789, Columbus, OH 43218-2789 |
| 15453962 | + EDI: WFNNB.COM | Jun 17 2025 03:57:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182120, Columbus, OH 43218-2120 |
| 15453964 | + EDI: TDBANKNORTH.COM | Jun 17 2025 03:57:00 | Cub Cadet, Attn: Bankruptcy, 70 Gray Rd, Falmouth, ME 04105-2019 |
| 15463090 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 17 2025 00:10:00 | Reliance First Capital, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 15453965 | + EDI: DISCOVER | Jun 17 2025 03:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15453968 | Email/Text: FSBBankruptcy@fiiwarsaw.com | Jun 17 2025 00:09:00 | Five Star Bank, 220 Liberty Street, Po Box 227, Warsaw, NY 14569 |
| 15453969 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 17 2025 00:10:00 | Key Bank, Oh-01-51-0622, 4910 Tiedman Rd., Brooklyn, OH 44144-2338 |
| 15456197 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 17 2025 00:10:00 | KeyBank NA, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15453970 | + EDI: CAPITALONE.COM | Jun 17 2025 03:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15468893 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2025 00:19:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15453971 | Email/Text: camanagement@mtb.com | Jun 17 2025 00:10:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15461788 | + Email/Text: camanagement@mtb.com | Jun 17 2025 00:10:00 | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 15453972 | + Email/Text: angela.abreu@northwest.com | Jun 17 2025 00:09:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15453973 | + EDI: AGFINANCE.COM | Jun 17 2025 03:57:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15453974 | ^ MEBN | Jun 17 2025 00:00:40 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 15453975 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jun 17 2025 00:29:31 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15453977 | + EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15454335 | ^ MEBN | Jun 17 2025 00:01:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15453978 | + EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15453979 | + EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15453980 | + EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965064, Orlando, FL 32896-5064 |
| 15453981 | + | EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15453982 | + | EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15453983 | + | EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15453984 | + | EDI: SYNC | Jun 17 2025 03:57:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15469705 | + | EDI: CBSTDR | Jun 17 2025 03:57:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15453985 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 17 2025 00:10:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15453986 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 17 2025 00:29:36 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, 3rd Fl, Des Moines, IA 50328-0001 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RELIANCE FIRST CAPITAL, LLC |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Dale Herbert Lundmark dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Kathryn Mae Lundmark dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor RELIANCE FIRST CAPITAL  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Jun 16, 2025 | Form ID: 3180W | Total Noticed: 49

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6